

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADAM C. ABRAMS,

                                Plaintiff,

            -against-

NATIONAL PARK SERVICE, et al.

                                Defendants.
------------------------------------------------------------X
```

For Online Publication Only

**ORDER**
24-CV-1178(JMA)(JMW)

**FILED**
**CLERK**
12:48 pm, Apr 04, 2024
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**AZRACK, United States District Judge:**

The Court's records reflect that the complaint in this action was filed on February 15, 2024 together with the filing fee and summonses have been issued. (ECF Nos. 1-2; Receipt #100012641.) Pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure:

> A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.

FED. R. CIV. P. 4(c)(1) (emphasis added). Moreover, pursuant to Rule 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

FED. R. CIV. P. 4(m).

Accordingly, IT IS ORDERED that **Plaintiff comply with his Rule 4 obligations on or before May 15, 2024**. Once the Defendants are served, Plaintiff shall promptly file a return of service. PLAINTIFF IS ON NOTICE: If he fails to timely serve the summons and complaint, and does not otherwise communicate with the Court why such service has or has not been made, the complaint will be subject to dismissal without prejudice in accordance with Federal Rule of

Civil Procedure 4(m).[1]

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this order to Plaintiff at his address of record and to note such mailing on the docket.

Plaintiff is required to advise the Clerk of the Court of any change of address. Failure to keep the Court informed of Plaintiff's current address means the Court will not know where to contact Plaintiff and may result in dismissal of the case.

SO ORDERED.

/s/ (JMA)
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

Dated:   April 4, 2024
         Central Islip, New York

---

[1] The Court encourages Plaintiff to consult with the Hofstra Law *Pro Se* Clinic located in the Central Islip Courthouse, which can provide free information, advice, and limited scope legal assistance to non-incarcerated *pro se* litigants. The Court notes that the *Pro Se* Clinic is not part of, nor affiliated with, the United States District Court. Consultations with the *Pro Se* Clinic can be conducted remotely via telephone. If you wish to contact the *Pro Se* Clinic to make an appointment, email them at PSLAP@Hofstra.edu or leave a message at (631) 297-2575.